# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| CHARLES GREGORY,<br><br>          Petitioner,<br><br>     v.<br><br>K. MENDOZA-POWERS,<br><br>          Respondent. | No. CV 07-01604-SVW   (VBK)<br><br>(~~PROPOSED~~) JUDGMENT |

Pursuant to the Order Accepting and Adopting the Report and Recommendation of the United States Magistrate Judge, and dismissing the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED: 10/22/08

STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE